IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00326-PAB-10

UNITED STATES OF AMERICA,

Plaintiff,

v.

10.    CHAUVANNA GESICK,

Defendant.
_____

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Entered by Judge Philip A. Brimmer**

A Notice of Disposition was filed on September 21, 2011 [Docket No. 1778].  A
Change of Plea hearing is set for **October 12, 2011 at 2:30 p.m.**  Counsel for the
parties shall email a courtesy copy of all change of plea documents separately to my
chambers and to the Probation Department not later than 48 hours before the change
of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall
bring with them an original and one copy of the plea agreement and the statement in
advance.  *See* D.C.COLO.LCrR 11.1F.

The Plea Agreement and Statement Relevant to Sentencing required by
D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a
separate section identifying each essential element required by law for the commission
of each criminal offense to which the defendant intends to enter a plea of guilty.

DATED September 22, 2011.